UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22979-CIV-JORDAN
MAGISTRATE JUDGE: TORRES

KATHLEEN JUSTINAK and JEFFREY
JUSTINAK, her husband,

    Plaintiffs,

vs.

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC., a foreign
corporation doing business in Florida,

    Defendant.
_____/

**ORDER** OF DISMISSAL

THIS CAUSE having come before the Court upon the Parties' Stipulation for Dismissal With Prejudice and the Court being duly advised on the premises and for good cause shown, it is

ORDERED and ADJUDGED as follows:

The Court hereby __GRANTS__ the Parties Stipulation for Dismissal With Prejudice with each Party to bear its own costs and fees. This case is closed.

DONE AND ORDERED in Chambers, this 23rd day of May, 2008.

_____
DISTRICT COURT JUDGE

cc:    Peter L. Sampo, Esq
        Ralph P. Ezzo, Esq.

*CLOSED CIVIL CASE*